1

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                      SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Crim. No. 07-CR-2735-DMS
11                               )
                Plaintiff,   )    ORDER FOR EXPERT FEES
12                               )
     v.                      )
13                               )
     GRACIANO GUTIERREZ,     )    18 U.S.C. 3006A
14                               )
                Defendant.   )
15  _____ )

16

17

       Good cause appearing and pursuant to 18 U.S.C. 3006 A(e)(1),
18
     counsel for defendant is authorized to retain an immigration
19
     expert for a fee not to exceed $3,000.
20

21

     DATED:  December 3, 2007
22

23   _____

                                        HON. DANA M. SABRAW
24                                      United States District Judge

25

26

27

28